JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KULWANT SINGH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC.;<br>SUNDIAL POWER COATING,<br>LTD.; et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01682-SB (ASx)<br><br>**ORDER TO REMAND** |

On March 15, 2022, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows: *Kulwant Singh v. Home Depot U.S.A., Inc., et al.*, No. 2:22-cv-01682-SB (ASx), is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: March 17, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge